EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Los Angeles on 08/27/2021 01:52 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

21STCV31819

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Lowe's Companies, Inc.; Doe Store Manager, and DOES 1 to 25
inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Maria R. Hernandez

> To keep other people from
> seeing what you entered on
> your form, please press the
> Clear This Form button at the
> end of the form when finished.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse<br><br>Superior Court of California, County of Los Angeles<br>111 North Hill Street Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>21STCV31819 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew Taylor, Esq. (SBN 252556); 5757 Wilshire Blvd, Suite 670, Los Angeles, CA 90036; (310) 777-7540

Sherri R. Carter Executive Officer / Clerk of Court

| | | | | |
|---|---|---|---|---|
| DATE:<br>*(Fecha)* | 08/27/2021 | Clerk, by<br>*(Secretario)* | H. Flores-Hernandez | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Lowe's Companies, Inc.

under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |

[ Save This Form ]  [ Print This Form ]  [ Clear This Form ]  For your protection and privacy, please press the Clear This Form button after you have printed the form.

21STCV31819

Electronically FILED by Superior Court of California, County of Los Angeles on 08/27/2021 04:04 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Matthew Taylor, Esq. (SBN 252556) VAZIRI LAW GROUP, APC. 5757 Wilshire Blvd, Ste. 670 Los Angeles, CA 90036 TELEPHONE NO: 310-777-7540   FAX NO. *(Optional):* 310-777-0373 E-MAIL ADDRESS *(Optional):* mtaylor@vazirilaw.com ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE:  Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF:  Maria R. Hernandez

DEFENDANT:  Lowe's Companies, Inc.; Doe Store Manager, and

[✔] DOES 1 TO  25  inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[✔] **MOTOR VEHICLE**   [✔] **OTHER** *(specify):* Premises Liability
[ ] **Property Damage**   [ ] **Wrongful Death**
[✔] **Personal Injury**   [ ] **Other Damages** *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded   [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✔] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:
**21STCV31819**

1. **Plaintiff** *(name or names):*  Maria R. Hernandez
   alleges causes of action against **defendant** *(name or names):*
   Lowe's Companies, Inc.; Doe Store Manager, and Does 1 to 25 inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Hernandez v. Lowe's Companies, Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): Lowe's Companies     c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown           (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   b. ☐ **except** defendant (name):                      d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown           (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):


**COMPLAINT—Personal Injury, Property**
                                                **Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hernandez v. Lowe's Companies, Inc., et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify):*
      Future medical expenses; future pain and suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
      Prem.L-1, Prem.L-2, Prem.L-5, and GN-1

Date: August 27 , 2021

Matthew Taylor, Esq.
_____
(TYPE OR PRINT NAME)

▶ /s/ Matthew Taylor
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001(4)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hernandez v. Lowe's Companies, Inc., et al. | |

<u>First</u>                **CAUSE OF ACTION—Premises Liability**       Page   <u>4</u>

(number)

ATTACHMENT TO   [✔] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Maria R. Hernandez

    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

    On *(date):* September 12, 2019     plaintiff was injured on the following premises in the following

    fashion *(description of premises and circumstances of injury):*

    DEFENDANT(S) negligently maintained the premises at or near 2000 Empire Ave, Burbank, CA 91504 such that they allowed water, and/or other slippery substance on the surface where Plaintiff was injured. DEFENDANT(S) failed to adequately inspect, maintain and/or make their premises reasonably safe. DEFENDANT(S) knew or should have known of the dangerous condition prior to Plaintiffs fall, but failed to take any action to repair it or warn Plaintiff thereof. Plaintiff fell on the dangerous condition causing severe and permanent injuries.

Prem.L-2.  [✔] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

    Lowe's Companies, Inc., Doe Store Manager, and

    [✔] Does 1         to 25

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

    [ ] Does         to

    Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

    [ ] Does         to

    a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

    b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✔] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

    Lowe's Companies, Inc.; Doe Store Manager, and

    [✔] Does 1         to 25

    b. [✔] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [✔] as follows *(names):*

    Defendant(s) Lowe's Companies, Inc.; Doe Store Manager Does 1 to 25, inclusive are responsible in some other manner for Plaintiffs injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]        **CAUSE OF ACTION—Premises Liability**        Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**PLD-PI-001(2)**

| SHORT TITLE:<br>Hernandez v. Lowe's Companies, Inc., et al. | CASE NUMBER: |
|---|---|

Second _____   **CAUSE OF ACTION—General Negligence**   Page ___5___
   (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Maria R. Hernandez

    alleges that defendant *(name):* Lowe's Companies, Inc., Doe Store Manager, and

        ☑ Does   1 _____   to   25 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* September 12, 2019
at *(place):* 2000 Empire Ave, Burbank, CA 91504

*(description of reasons for liability):*

DEFENDANT(S) negligently maintained the premises at or near 2000 Empire Ave, Burbank, CA
91504 such that they allowed water, and/or other slippery substance on the surface where Plaintiff
was injured. DEFENDANT(S) failed to adequately inspect, maintain and/or make their premises
reasonably safe. DEFENDANT(S) knew or should have known of the dangerous condition prior
to Plaintiffs fall, but failed to take any action to repair it or warn Plaintiff thereof. Plaintiff fell on
the dangerous condition causing severe and permanent injuries.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(2) [Rev. January 1, 2007]   **CAUSE OF ACTION—General Negligence**   Code of Civil Procedure 425.12<br>www.courtinfo.ca.gov