**REMAND / JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-7846-GW-MAAx | Date | February 14, 2022 |
|---|---|---|---|
| Title | *Maria R. Hernandez v. Lowes Home Centers, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Karanvir S. Gill | Diana M. Rivera |

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND ORDER REMANDING TO STATE COURT [25]**

The Court's Tentative Ruling was issued on February 11, 2022 [29]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the motion. Defendant Chris Horan is to be added in place of Doe Defendant 1. The Court will thereafter remand the action back to state court.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |